```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

JESSICA WINDHAM                                           PLAINTIFF

VS.                                CIVIL ACTION NO. 3:14CV250TSL-JCG

CAROLYN W. COLVIN, ACTING COMMISSIONER                    DEFENDANT
OF SOCIAL SECURITY

<u>ORDER</u>

    This cause is before the court on the objections of plaintiff Jessica Windham to the report and recommendation of United States Magistrate Judge John C. Gargiulo on July 2, 2015, recommending that the government's motion to affirm the decision of the Commissioner be granted and that plaintiff's motion for summary judgment be denied. The court, having fully reviewed the report and recommendation and being duly advised in the premise, and having conducted a <u>de</u> <u>novo</u> review of those portions of the report and recommendation to which objections were made, now finds that the report and recommendation should be adopted as the opinion on the court over plaintiff's objections.

    Based on the foregoing, it is ordered that plaintiff's objections to the report and recommendation are overruled. It is further ordered that the report and recommendation of United States Magistrate Judge John C. Gargiulo be, and the same is hereby, adopted as the findings of the court. It follows then

that plaintiff's motion for summary judgment is denied and that defendant's motion to affirm is granted, such that the action will be dismissed with prejudice.

    A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED this 8th day of September, 2015.

                                        /s/ Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE